Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

1:23 CV 702

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio
_____ Division

FILED
RICHARD W. NAGEL
CLERK OF COURT
2023 OCT 27 PM 1:53
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

James W Layne IV

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

David Thouroughman, Ron Davis, Jodi Conkle, Shane Tieman, Scott Evans, Matthew Loesch, Scioto County Sheriff's Office, Scioto County Prosecutor's Office

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 1:23 CV 702
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

JUDGE COLE

MAGISTRATE JUDGE LITKOVITZ

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | James W Layne IV |
| Address | 2095 Junior Furnace Powellsville Rd |
| | Franklin Furnace, OH 45629 |
| County | Scioto |
| Telephone Number | 740-357-9142 |
| E-Mail Address | JWL475@YAHOO.COM |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | David Thoroughman |
| Job or Title (if known) | Sheriff |
| Address | 1025 16th St |
| | Portsmouth, OH 45662 |
| County | Scioto |
| Telephone Number | 740-355-8261 |
| E-Mail Address (if known) | |

[ ] Individual capacity  [✔] Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | Ron Davis |
| Job or Title (if known) | Captain |
| Address | 1025 16th St |
| | Portsmouth, OH 45662 |
| County | Scioto |
| Telephone Number | 740-355-8261 |
| E-Mail Address (if known) | |

[ ] Individual capacity  [✔] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
- Name: Jodi Conkle
- Job or Title (if known): Detective Sergeant
- Address: 1025 16th St, Portsmouth, OH 45662
- County: Scioto
- Telephone Number: 740-355-8261
- E-Mail Address (if known):
- [ ] Individual capacity  [✔] Official capacity

Defendant No. 4
- Name: Scioto County Sheriff's Office
- Job or Title (if known):
- Address: 1025 16th St, Portsmouth, OH 45662
- County: Scioto
- Telephone Number: 740-355-8261
- E-Mail Address (if known):
- [ ] Individual capacity  [✔] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

  [ ] Federal officials (a *Bivens* claim)

  [✔] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?
Deprivation of Rights under color of law 18 U.S.C. § 242
Conspiracy against rights 18 U.S.C. § 241

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
Using their capacity in law enforcement, the Jodi Conkel, Ron Davis, and David Thoroughman, while working with the Scioto county Prosecutor's office including Shane Tieman, Scott Evans, and Matthew Loesch, misconstrued laws to a grand jury to secure an indictment against me and arrested me with zero evidence that I had broken a law.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
Scioto County Ohio

B. What date and approximate time did the events giving rise to your claim(s) occur?
July 2021-October 2021

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
Detectives at the Scioto County sheriff's office working with the Scioto County prosecutor's office, secured asexual battery indictment against me with zero evidence to support their claim and are in response to my actions on not supporting coworkers that murdered an inmate and cleaning up the scene. I was the only officer in the department that was outspoken against these officers and was harassed, threatened, and stopped receiving backup when needed. Their premise was that I, working as a correctional officer, had direct control and authority over a woman that was on probation. Ohio law specifically limits the power of civilian correctional officers in ORC 341.05(3)(C) which I had pointed out to detectives numerous times prior. After my arrest and arraignment, the prosecution admitted that there was zero evidence to support any charges but pursued the case at the request of the sheriff's office. The case was dismissed without prejudice on 10-28-2021, effectively holding an indictment over my head and limiting my civil rights and abilities to find gainful employment.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Depression, anxiety, and PTSD were diagnosed during my trial. The medication was expesive however and with the cost of my defense, I was unable to continue treatment.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am requesting that the court assist me in reviewing and removing the indictment, issue back pay, and assign any punitive damages.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-27-2023

Signature of Plaintiff
Printed Name of Plaintiff    James W Layne IV

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
                                City          State       Zip Code
Telephone Number
E-mail Address

Defendant No 5  Scioto County Prosecutor's Office
612 6th St  Portsmouth OH  45662
740-981-3112

Defendant No 6  Shane Tieman, Scioto County Prosecutor
612 6th St  Portsmouth OH  45662
740-981-3112

Defendant No 7  Scott Evans, Assistant Scioto County Prosecutor
612 6th St  Portsmouth OH  45662
740-981-3112

Defendant No 8  Matthew Loesch
612 6th St  Portsmouth OH  45662
740-981-3112