AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| James W. Layne, IV | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:23-cv-702 |
| David Thouroughman, et al. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion for Judgment on the Pleadings (Doc. 11) is granted and Layne's Complaint (Doc. 1) is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Douglas R. Cole on a motion for Judgment on the Pleadings.

Date: 6/20/24

CLERK OF COURT

*Scott M. [signature]*
Signature of Clerk or Deputy Clerk